```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                          CASE NO. 07 B 14189
    EFRAIN POLANCO SR
    REBECA POLANCO                              CHAPTER 13

                                                JUDGE: JOHN H SQUIRES

            Debtor
    SSN XXX-XX-8311    SSN XXX-XX-7064
```

------------------------------------------------------------
                TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------

    Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

    1.  The case was filed on 08/07/07 and confirmed on 10/05/07.

    2.  The case was converted to Chapter 7 after confirmation, 10/06/2008.

    3.  The Debtor paid a total of $  12855.00 .

    4.  The Trustee made disbursements to creditors as follows:

```
---------------------------------------------------------------------------------
CREDITOR NAME              CLASS           CLAIM AMOUNT      INTEREST      PRINCIPAL
                                                              PAID          PAID
---------------------------------------------------------------------------------
AMERICAS SERVICING CO      CURRENT MORTG    7506.24            .00          7506.24
AMERICAS SERVICING CO      MORTGAGE ARRE      .00              .00             .00
CARRINGTON MORTGAGE SERV   SECURED          2727.23            .00          2727.23
CARRINGTON MORTGAGE SERV   MORTGAGE ARRE    1037.25            .00             .00
HEIGHTS FINANCE CORP       UNSECURED        2016.57            .00            30.00
HSBC AUTO FINANCE          SECURED VEHIC   12789.57            .00           670.00
CARSON PIRIE SCOTT         UNSECURED       NOT FILED           .00             .00
ECAST SETTLEMENT CORPORA   UNSECURED       18239.10            .00             .00
ECAST SETTLEMENT CORPORA   UNSECURED         483.93            .00             .00
ECAST SETTLEMENT CORPORA   UNSECURED         687.50            .00             .00
ECAST SETTLEMENT CORPORA   UNSECURED        2275.37            .00             .00
PAYDAY LOAN STORE OF IL    UNSECURED       NOT FILED           .00             .00
DUPAGE COUNTY COLLECTOR    SECURED          3358.00            .00             .00
BANK ONE/JPM CHASE         UNSECURED         284.80            .00             .00
ROUNDUP FUNDING LLC        UNSECURED        2457.00            .00             .00
          Summary of disbursements:
---------------------------------------------------------------------------------
                    SECURED      PRIORITY    UNSECURED       OTHER         TOTAL
---------------------------------------------------------------------------------
TOTAL CLMS ALLOWED  27418.29         .00     26444.27          .00       53862.56
PRINCIPAL PAID      10903.47         .00        30.00          .00       10933.47
INTEREST PAID           .00          .00          .00          .00            .00
TOTAL PAID          10903.47         .00        30.00          .00       10933.47
```

The Debtor's attorney, PETER FRANCIS GERACI              , was allowed $   3500.00
and was paid $   1050.00   direct and $   1276.79   through the plan.

The Trustee received $    644.74 .

Refunds to the Debtor totaled $         .00 .

    Wherefore, the Trustee requests an order be entered discharging

the Trustee and the surety on his bond from any further liability in this case.


Dated: 01/22/09                    /S/
                                   GLENN STEARNS
                                   CHAPTER 13 TRUSTEE




                              PAGE   2
          CASE NO. 07 B 14189 EFRAIN POLANCO SR & REBECA POLANCO